United States District Court

Eastern District of California

-oOo-

|  |  |
|---|---|
| James D. Maciel, | |
|     Plaintiff, | No. Civ. S 02-2675 MCE PAN P |
| vs. | Order |
| Tom Prebula, et al., | |
|     Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in a civil rights action. The court denied plaintiff's application for leave to proceed in forma pauperis.

January 7, 2005, the court found that plaintiff's allegations against defendants Prebula, Pulsipher, Miller, May, Gavia and Cry failed to state claims for relief, and March 15, 2005, the district court dismissed claims against those defendants on that ground. April 8, 2005, the district court denied reconsideration of that order.

1     The court has approved service of process agains defendants
2 Manuel, Riddle, Andreasen, Allen, Sullivan, Zaro and Stratton
3 based on the same events.  December 20, 2004, plaintiff explained
4 that he has not served process upon Manuel, Riddle, Andreasen,
5 Allen, Sullivan, Zaro and Stratton and requested the court re-
6 issue summons to them.
7     The court has an affirmative duty under 28 U.S.C. section
8 1915A to screen plaintiff's pleading at any time "practicable"
9 and dismiss any portion of the pleading that fails to state a
10 claim upon which relief can be granted.  The court recently
11 dismissed claims against some defendants for failure to state a
12 claim (upon defendants' motion).  Having examined the case in the
13 context of a dispositive motion, the court now concludes the
14 pleading also fails to state a claim against Manuel, Riddle,
15 Andreasen, Allen, Sullivan, Zaro and Stratton.
16     Good cause appearing, plaintiff shall show cause, within 10
17 days, why the court should not dismiss claims against defendants
18 Manuel, Riddle, Andreasen, Allen, Sullivan, Zaro and Stratton for
19 the same reasons the court has dismissed his claims against other
20 defendants.
21     So ordered.
22     Dated:  April 26, 2005.

             /s/ Peter A. Nowinski
             PETER A. NOWINSKI
             Magistrate Judge