United States District Court

Eastern District of California

James D. Maciel,

    Plaintiff,

vs.

Tom Prebula, et al.,

    Defendants.

No. Civ. S 02-2675 MCE PAN P

Order

-oOo-

May 16, 2005, plaintiff requested an extension of time to object to the April 12, 2005, findings and recommendations and respond to the April 27, 2005, order to show cause.  Good cause appearing, plaintiff's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: May 19, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge