United States District Court

Eastern District of California

James D. Maciel,

     Plaintiff,                    No. Civ. S 02-2675 MCE PAN P

  vs.                           Order

Tom Prebula, et al.,

     Defendants.

-oOo-

September 19, 2005, plaintiff requested an extension of time to file objections. Good cause appearing, plaintiff's request is granted and time is extended until 30 days from the date this order is signed. No further extensions will be granted absent a showing of manifest injustice.

So ordered.

Dated: September 27, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge