IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES D. MACIEL,                    No. 2:02-cv-2675-MCE-PAN-P

      Plaintiff,

  v.                                ORDER

TOM PREBULA, ET AL.,

      Defendants.
_____/

    On November 4, 2005, the Court adopted Findings and Recommendations issued August 25, 2005, and dismissed claims against all then-remaining Defendants (Manuel, Riddle, Andreasen, Allen, Sullivan, Zaro and Stratton).  However, the Clerk did not enter judgment.

    On November 28, 2005, Plaintiff filed a "Motion for Reconsideration" of the Court's November 4, 2005, Order and Objections to the August 25, 2005, Findings and Recommendations. Plaintiff fails to demonstrate any new or different facts or circumstances requiring a different analysis or outcome.

1  See E.D. Local Rule 78-230(k).  Accordingly, the March 30, 2005,
2  Motion for Reconsideration is DENIED.  The Clerk shall enter
3  judgment.
4  DATE: February 13, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE